# THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

Angela Hoffman, et al.            )
                                  )
                  Plaintiff,      )
                                  )    Case No. 1:08-cv-01924 (RMU)
v.                                )
                                  )
District of Columbia              )
                                  )
                  Defendants.     )

### SECOND MOTION FOR RECONSIDERATION AND TO CORRECT THE MEMORANDUM AND OPINION TO CONFORM TO EVIDENCE IN THE RECORD

NOW COMES the plaintiffs with a second motion for reconsideration of the Dismissal of the Case, and to correct the Memorandum and Opinion to conform to the evidence in the record.

For cause the plaintiff respectfully refers this Honorable court to Fed.R.Civ.P. 59 et seq., and Fed.R.Civ.P. 60 et seq. A proposed Order is attached.

Respectfully Submitted,

/s/
E. Scott Frison, Jr., Esq.
Bar No. 478092
1629 K St., NW, Ste. 300
Washington, DC 20036

### Rule 7.1(m) Certificate

As of this filing the defendants had not responded to the request for their consent to file the motion. The court can fairly assume that they object.

/s/
E. Scott Frison, Jr., Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the motion for reconsideration and to correct the memorandum and opinion to conform to evidence in the record was served electronically on **12TH** of **August**, 2010.

/s/
E. Scott Frison, Jr., Esq.

# THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

Angela Hoffman, et al. )
)
           Plaintiff, )
v. ) **Case No. 1:08-cv-01924 (RMU)**
)
District of Columbia )
)
           Defendants. )

### O R D E R

This matter having come by way of plaintiff's motion for reconsideration and to correct the memorandum and opinion to conform to the evidence in the record, and the court having read and considered the motion, memorandum, and any opposition thereto, it is _____ day of _____, 2010 HEREBY

ORDERED that the motion BE and the same is GRANTED.

_____
District Court Judge