# THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

Angela Hoffman, et al.   )
                         )
            Plaintiff,   )
       v.                )   Case No. 1:08-cv-01924 (RMU)
                         )
District of Columbia     )
                         )
            Defendants.  )

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR RECONSIDERATION AND TO CORRECT THE MEMORANDUM AND OPINION TO CONFORM TO EVIDENCE IN THE RECORD

The court entered its Memorandum and Opinion, and Order, disposing of the plaintiffs' motion for reconsideration of the Order Granting the Defendants' Motions to Dismiss.

### BACKGROUND

1. At the Memorandum and Opinion, Exhibit ("Ex.") 1, the court stated that the plaintiff's case was dismissed because "the District of Columbia's Motion to Dismiss [w]as conceded." See page 1.

2. At page 3 of the Opinion, the court states "[f]urthermore, the court granted the District's motion to dismiss as conceded because the plaintiffs had not filed an opposition to the motion."

3. At page 12 the court's opinon reads "[a]s previously noted, however the court did not pass on the substance of the District's motion to dismiss (footnote 6) but instead granted the District's motion as conceded because the plaintiff's failed to file an opposition to the District's motion."

4. At page 12 the court concludes by stating "[t]he plaintiffs still have not

offered any explanation for their failure to file an opposition to the District's motion."

## ARGUMENT

The plaintiffs now move a second time for the court to reconsider its order and to correct its memorandum and opinion to conform to the evidence in the record. As a threshold matter the plaintiffs ask the court to take notice of the Docket, Ex. 2, at page 7 of 10. The docket reveals that the District of Columbia filed its Motion to Dismiss on "07/22/2009" and filed a supplement to that motion on "09/14/2009".

On "10/05/2009" the plaintiffs filed its "Memorandum in support of plaintiffs' motion to reinstate the United States and to DENY the District of Columbia's Motion to Dismiss." Ex. 3. The first sentence of the plaintiff's memorandum reads "NOW COMES the plaintiffs . . . in Opposition to the Motion to Dismiss filed by the District of Columbia."

The plaintiffs argue therein that the court should DENY the motion to dismiss. The plaintiffs now asks the court to correct its Memorandum and Opinion where that document represents at four (4) separate entries that the plaintiffs "conceded" or "did not file an opposition" to the District of Columbia's Motion to Dismiss in light of the evidence to the contrary.

Respectfully Submitted,

/s/
E. Scott Frison, Jr., Esq.
Bar No. 478092
1629 K St., NW, Ste. 300
Washington, DC 20036

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the memorandum in support of the motion for reconsideration and to correct the court's memorandum and opinion to conform to evidence in the record was served electronically on **12th** of **August**, 2010.

/s/
E. Scott Frison, Jr., Esq.