UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

ANGELA HOFFMAN, et al.
              Plaintiffs,

v.

DISTRICT OF COLUMBIA, et al.

              Defendants.

Case No. 1:08-CV-01924 (RMU)

### OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION

According to the amended complaint in this action, agents of the DC Metropolitan Police Department and the US Drug Enforcement Agency executed an improper search warrant at the home of Plaintiff Angela Hoffman. [Doc. 2]. This suit seeks damages on behalf of Ms. Hoffman and several guests who were present at the time of the search and the owner of the property, Melvin Gresham. The plaintiffs sought summary judgment on the basis of a decision by DC Housing Authority, which recommended that Ms. Hoffman not be removed from its voucher program. [Doc. 23] While this motion was pending, the District asked the Court to dismiss this action on unrelated grounds. [Doc. 33]

On February 4, 2010, this Court denied plaintiffs' motion for summary judgment, finding that a decision from the DC Housing Authority was not a final decision entitled to preclusive effect. [Doc. 44] The Court also granted the District's motion for summary judgment because plaintiffs did not file a proper opposition. *Id.* Plaintiffs moved for reconsideration of this decision on procedural and substantive grounds and asked that the Court recuse itself from this matter. [Doc 45] The Court denied this motion because plaintiffs did not identify any basis for reversal or any reason for recusal. [Doc. 49].

Plaintiffs move again for reconsideration, on the basis that they did file an opposition to the District's motion. [Doc. 50]. As the Court noted in its original order of dismissal, although

plaintiffs did indeed file a "Memorandum in Support of Plaintiff's [sic] Motion to Reinstate the United States and to Deny the District of Columbia's Motion to Dismiss," that document did not address the substantive arguments raised by the District.  *See* Mem. Op. dated Feb. 4, 2010 [Doc. 44] at 12-13.  The Court properly granted the District's motion as conceded and plaintiffs' current filing provides no basis for revisiting that decision.  Plaintiffs' second motion for reconsideration should be denied.

August 26, 2010.

>
> Respectfully Submitted,
>
> PETER J. NICKLES
> Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General, Civil Litigation Division
>
> */s/ William B. Jaffe*_____
> WILLIAM B. JAFFE [502399]
> Chief, General Litigation Section III
>
> */s/ Sarah L. Knapp*_____
> SARAH L. KNAPP [470008]
> Assistant Attorney General
> 441 Fourth Street, N.W., 6th Floor
> Washington, D.C. 20001
> (202) 724- 6528 (phone)
> (202) 741-0559 (fax)
> Email:  sarah.knapp@dc.gov