UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ANGELA HOFFMAN *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 08-1924 (RMU) |
| | : | | |
| v. | : | Re Document No.: | 50 |
| | : | | |
| DISTRICT OF COLUMBIA, | : | | |
| | : | | |
| Defendant. | : | | |

## MEMORANDUM ORDER

### DENYING THE PLAINTIFFS' SECOND MOTION FOR RELIEF UPON RECONSIDERATION

This matter is before the court on the plaintiffs' second motion for relief upon reconsideration of the court's order dismissing their claims against the District of Columbia ("the District"). In a memorandum opinion issued on February 4, 2010, the court, *inter alia*, granted the District's Rule 12(b)(6) motion to dismiss the plaintiffs' claims as conceded. *See* Mem. Op. (Feb. 4, 2010) at 11-14. In so ruling, the court noted that the plaintiffs had failed to file a timely opposition to the District's motion. *Id.* at 11. The court further noted that the plaintiffs had filed a document titled "Memorandum in Support of Plaintiff's [sic] Motion to Reinstate the United States and to Deny the District of Columbia's Motion to Dismiss," but that that document addressed only one of the myriad arguments for dismissal raised in the District's motion. *Id.* at 12-13.

On August 11, 2010, the court denied the plaintiffs' motion for relief upon reconsideration of the court's February 4, 2010 ruling. *See generally* Mem. Op. (Aug. 11, 2010). In declining to alter its ruling on the District's motion to dismiss, the court noted that the plaintiffs still had not offered any explanation for their failure to oppose the District's motion. *Id.*

The plaintiffs have now filed a second motion for reconsideration of the court's order dismissing their claims against the District. *See generally* Pls.' 2d Mot. for Recons. They argue that the court erred in granting the District's motion as conceded because its "Memorandum in Support of Plaintiff's [sic] Motion to Reinstate the United States and to Deny the District of Columbia's Motion to Dismiss" constituted an opposition to the District's motion. *Id.* at 2. Yet, as the court stated in its February 4, 2010 ruling, that document did not address the substantive arguments for dismissal raised in the District's motion. Mem. Op. (Feb. 4, 2010) at 12-13; *see also Cooper v. Farmers New Century Ins. Co.*, 607 F. Supp. 2d 175, 180 (D.D.C. 2009) (granting the defendant's motion to dismiss as conceded based on the plaintiff's failure to respond to arguments raised in the motion).

Accordingly, it is this 5th day of October, 2010, hereby

**ORDERED** that the plaintiffs' second motion for relief upon reconsideration is **DENIED**.

RICARDO M. URBINA
United States District Judge